# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JEREMY R. BRAUN,

      Plaintiff,

vs.

      Case No.: 2:18-cv-399
      JUDGE GEORGE C. SMITH
      Magistrate Judge Vascura

ROGER WILSON, *et al.*,

      Defendants.

## ORDER

On May 29, 2018, the United States Magistrate Judge issued an *Order and Report and Recommendation* granting Plaintiff's Motion to Proceed *in forma pauperis* and on the intial screen, recommending dismissal of Plaintiff's claims for failure to assert any claim over which this Court has subject matter jurisdiction. (*See Order and Report and Recommendation*, Doc. 4). The parties were advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so. The Court even granted Plaintiff's request for an extension to file objections. (*See* Docs. 5, 6). There has nevertheless been no objection to the *Order and Report and Recommendation*.

The *Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED.** Plaintiff's claims are hereby **DISMISSED** pursuant to Section 1915(e)(2) for failure to assert any claim over which this Court has subject matter jurisdiction.

The Clerk shall remove Document 4 from the Court's pending motions list and terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**